UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COREY L. FOX,** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| vs. | )   No. 03-151 DRH |
| | ) |
| **JOSEPH GULASH,** | ) |
| | ) |
| **Defendant(s).** | ) |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This    5th    day of    June   , 2006

/s/             David  R Herndon

**UNITED STATES DISTRICT JUDGE**